**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 21 CR 239 |
| **DANIEL ROSENBAUM** ) | Honorable Manish S. Shah |
| ) | |
| **Defendant.** ) | |

**MOTION FOR LEAVE TO FILE GROUP EXHIBIT D IN SUPPORT OF
DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL**

NOW COMES Defendant, Daniel Rosenbaum, by and through his attorneys, Steven R. Decker and James F. DiQuattro, and respectfully moves this Honorable Court to grant leave to file an exhibit to Defendant's sentencing memorandum under seal. In support thereof, Defendant states as follows:

1. Defendant was charged with Frauds and Swindles in violation of 18 U.S.C. § 1341 and Wire Fraud in violation of 18 USC § 1343.

2. Defendant entered a plea of guilty to count 3 of the indictment for the offense of Wire Fraud.

3. Undersigned Counsels have filed a sentencing memorandum with exhibits on behalf of Defendant. Sentencing is scheduled for February 13, 2024 at 1:30PM.

4. Defendant respectfully requests that this Honorable Court grant leave to file Group Exhibit D under seal.

5. Group Exhibit D contains sensitive medical information that Defendant does not wish to be publicly accessible via Pacer.

6.        Defendant will provide the U.S Attorney's office with a copy of Group Exhibit D by other means.

WHEREFORE Defendant respectfully prays this Honorable Court grant leave to file Group Exhibit D in support of Defendant's Memorandum under seal and for any such other relief as this Court deems just.

Respectfully Submitted,

/s/Steven R. Decker
Steven R. Decker

/s/James F. DiQuattro
James F. DiQuattro

**Steven R. Decker**
**900 West Jackson Blvd., Suite 5-West**
**Chicago, Il 60607**
**312-738-3773**
**Stevendecker49@gmail.com**

**James F. DiQuattro**
**900 West Jackson Blvd., Suite 5-West**
**Chicago, IL 60607**
**312-627-9482**
**james@diquattrolawoffices.com**