# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                      Case No.: 1:21–cr–00239
                                                        Honorable Manish S. Shah

Daniel M Rosenbaum

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

MINUTE entry before the Honorable Manish S. Shah: as to Daniel M. Rosenbaum. Sentencing held. The court orally pronounces sentence. The court commits defendant to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 84 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years, with conditions as stated on the record. The defendant is ordered to pay restitution in the amount of $1,150,086 and a special assessment of $100, due immediately. Judgment order to follow. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.